# United States District Court
# For The Western District of North Carolina
# Statesville Division

BRUNO INIGUEZ-VILLAVICENCIO,

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                   5:08CV44

UNITED STATES OF AMERICA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/6/08 Order.

Signed: June 6, 2008

Frank G. Johns, Clerk
United States District Court